# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand fifteen.

Before:     Raymond J. Lohier, Jr.,
                *Circuit Judge.*

_____

In the Matter of: MPM Silicones, L.L.C.,

Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Bank National Association, as indenture trustee,

Plaintiff - Appellant,

v.

Wilmington Savings Fund Society, FSB, as successor indenture trustee, Momentive Performance Materials Incorporated, Ad Hoc Committee of Second Lien Noteholders, Apollo Management, LLC, and certain of its affiliated funds,

Defendants - Appellees.

**ORDER**
Docket No. 15-1771

_____

    Appellant moves for an extension of time until September 30, 2015 to file their response to the motion to dismiss.

    IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that Appellees' reply is due October 16, 2015.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court