# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand and fifteen.

_____

In the Matter of: MPM Silicones, L.L.C.,

Debtor.

_____

U.S. Bank National Association, as indenture trustee,

    Plaintiff - Appellant,

v.

Wilmington Savings Fund Society, FSB, as successor indenture trustee,
Momentive Performance Materials Incorporated, Ad Hoc Committee of Second Lien Noteholders, Apollo Management, LLC, and certain of its affiliated funds,

    Defendants - Appellees.

_____

ORDER
Docket No. 15-1771

    Appellant moves for an extension of time to file its opening brief until after a decision on Appellee's motion to dismiss. The motion to dismiss was denied on December 16, 2015.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief must be filed by March 16, 2016. The appeal is dismissed effective March 16, 2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

